

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2022

No. 04-22-00281-CR

Felipe Lee **ROSALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8197
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief is due on August 8, 2022. On August 4, 2022, appellant timely filed a motion requesting a forty-five day extension of time to file appellant's brief. Appellant's motion is GRANTED IN PART. Appellant's brief is due **no later than September 7, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court